IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-266-02 (ESH)** |
| | : | |
| **NORA DAVTYAN,** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

Upon careful consideration of the government's Memorandum and Proffer in Support of Pretrial Detention, the defendant's response thereto, and arguments thereupon, the Court hereby

FINDS that no condition or combination of conditions will reasonably assure the appearance of the defendant as required in this case, and further

FINDS that no condition or combination of conditions will reasonably assure the safety of other persons and the community, and it is therefore

ORDERED that the defendant shall be detained pending trial in this matter.

SO ORDERED, this _____ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Serve:  Laura A. Ingersoll
        Brenda J. Johnson
        Assistant United States Attorneys
        Transnational and Major Crimes Section
        United States Attorney's Office

        Cary Clennon, Esquire
        905 Varnum Street, N.E.
        Washington, D.C.  20017