CR 05-266



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 1, 2005

Clerk, United District Court
District Of Columbia @ Washington, D.
C.

**FILED**

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-266-02-ESH

Re:    Transfer to U.S. Magistrate Judge

Case No. _____ 05-1602 M

Case Title: Davtyan DAUTYAN, Nora

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other _Not for public view document(pursuant ot Judicial Conference Policy)_

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

Mailed to: USDC
1834 E. Barrett Prettyman, US Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001
*cc:  U.S. Attorney (Central District of California)
      U.S. Attorney (Receiving district)*

By _____ E. Synagogue _____
     Deputy Clerk 213-894-8642

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____
Date                                    Deputy Clerk

CR-48 (01/01)                    **LETTER RE:  RULE 40 - TRANSFER OUT**



RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TERMED

U.S. District Court
Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 05-M -1602-ALL

USA v. Dautyan                                        Filed: 07/26/05
Dkt# in other court: None

Case Assigned to:    Unassigned                 *CR05-266-02-ESH*

                 Davtyan
NORA ~~DAUTYAN~~ (1)              Judith Rochlin
     defendant                   FAX 310-473-2334
 [term  07/26/05]                [COR LD NTC cja]
                                 Judith Rochlin Law Offices
                                 10801 National Blvd, Ste 580
                                 Los Angeles, CA 90064
                                 310-473-6208


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints                           Disposition

Deft in viol of 18:1546, 371,    Deft held to Answer to District
2                                of Columbia @ Washington,
                                 D.C.
                                 (-1)



RECEIVED

AUG ა 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Proceedings include'all events.                                    TERMED
2:05m 1602-ALL USA v. Dautyan

Nora Dautyan

            defendant

=========================

USA

            plaintiff

U. S. Attorneys:

  NONE

Proceedings include all events.                                TERMED
2:05m 1602-ALL USA v. Dautyan

7/26/05   2    REPORT COMMENCING CRIMINAL ACTION as to Nora Dautyan
               arrested on 7/25/05 Defendant's  date of birth: 1957. (es)
               [Entry date 08/01/05]

7/26/05   1    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Nora
               Dautyan , originating in the USDC, District of Washington,
               D.C., at Columbia.  Defendant charged  in violation of:
               18:1546, 371, 2, 201.  Signed by agent Philippe Furstenberg
               Special Agent. (es) [Entry date 08/01/05]

7/26/05   3    NOTICE OF REQUEST FOR DETENTION filed by USA  as to Nora
               Dautyan . (es) [Entry date 08/01/05]

7/26/05   4    MINUTES OF ARREST ON O/D WARRANT held  before Magistrate
               Judge Paul Game Jr. as to Nora Dautyan : Defendant
               arraigned and states  true name is as charged. CJA
               Attorney  Judith Rochlin appointed. Court orders Nora
               Dautyan permanently detained.  Court orders Nora Dautyan
               held to answer to USDC,  District of Columbia at
               Washington, D.C.  Warrant of removal and final
               commitment to issue. Defendant committed to the custody of
               the U. S. Marshal.  Tape No.: 05-7 (es)
               [Entry date 08/01/05]

7/26/05   5    FINANCIAL AFFIDAVIT filed as to Nora Dautyan (es)
               [Entry date 08/01/05]

7/26/05   6    ORDER OF DETENTION  by Magistrate Judge Paul Game Jr. as to
               Nora Dautyan  (cc: all counsel) (es) [Entry date 08/01/05]

7/26/05   7    WAIVER OF RULE 40 HEARINGS filed by Nora Dautyan , waiving
               identity hearing, and I have been informed that I have no
               right to a preliminary examination. (es)
               [Entry date 08/01/05]

7/27/05   8    FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
               Judge Paul Game Jr. as to Nora Dautyan , to USDC,  District
               of Columbia at Washington, D.C.. (es) [Entry date 08/01/05]

P SEND

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**    CR05-266-02-ESH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>DEFENDANT.<br><br>NORA DAVTYAN | ☑ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL<br>CASE NUMBER: 05-1602M<br>☐ COMPLAINT  ☑ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT  ☐ INFORMATION<br>☐ SUMMONS  ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: 7-26-05<br>VIOLATION: 18 : 371 : 1546 : 201(6)(a) : 2<br>DATE: 7-26-05  TIME: 2:00pm<br>TAPE NUMBER: 05-7 |

**PROCEEDINGS HELD BEFORE UNITED STATES**
**MAGISTRATE JUDGE** G. Ame, Jr.

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Nancy Paultney    Cheryl Murphy    Zarreh Maro (Armenian)
_Deputy Clerk_    _Assistant U.S. Attorney_    _Interpreter / Language_

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing  OR  ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Judy Rochlin _____ ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained  ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of further proceedings.
☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for
   the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only:  ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☑ Defendant executed Waiver of Rights.  ☐ Process received.
☑ Court ORDERS defendant Held to Answer to District District of Columbia
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☑ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
     until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom  ENTER ON ICMS
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM. AUG 1 2005
   RELEASE ORDER NO: _____
☐ Other: _____

☑ PSA      ☑ FINANCIAL      ☑ READY

cc: AUSA, Defendant's counsel                Deputy Clerk Initials ____
   ☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO                        : ____  10
   ORIGINAL -WHITE COPY        PINK- PIA CLERK        YELLOW - STATS        GREEN - CRD

M-5 (11/04)        CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1

*U.S. GPO: 2004-778-324/13004

RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



FILED
CLERK, U.S. DISTRICT COURT

JUL 2 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR05-266-02-ESH

United States of America

PLAINTIFF(S)

v.

NORA DAVTYAN

DEFENDANT(S).

CASE NUMBER
05-1602M

FINAL COMMITMENT AND WARRANT OF REMOVAL

--------- District of _____ Columbia _____

At _____ Washington D. C. _____
      *(City)*

---

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☒ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about April, 2004, in the District of Origin, the defendant did: Conspiracy, bribery, fraud and misuse of visas, aiding and abeting.

in violation of Title(s) 18, U.S.C., Section(s) 1546, 371, 2, 201

The defendant has now:
☒ duly waived identity hearing before me on  7/26/05
☐ duly waived preliminary examination before me on _____
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

Paul Game, Jr.

Date  July 27, 2005    United States Magistrate Judge

### RETURN

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date _____    Deputy _____

M-15 (08/99)    FINAL COMMITMENT AND WARRANT OF REMOVAL

RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2005

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA,<br><br>v.<br><br>Nora Davtyan | PLAINTIFF<br><br><br><br>DEFENDANT. | CASE NUMBER:<br>05 - 266<br><br>WAIVER OF RIGHTS<br>(OUT OF DISTRICT CASES)<br>CR 05-266-02-ESH |
|---|---|---|

I understand that charges are pending in the _____ District of District of Columbia
alleging violation of 18 USC §§ 371, 201, 1546, 2 and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐    have an identity hearing

☐    receive a copy of the charges(s) against me

☐    have a preliminary examination

☑    have an identity hearing, and I have been informed that I have no right to a preliminary examination

☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: July 26, 2005

M-14 (03/03)            WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

ENTER ON ICMS

AUG - 1 2005

RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



1

2

3

4

5

6

7                                              CR 05-266-02-ESH

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )        05-1602 M
                                        )
11              Plaintiff,              )
                                        )
12        v.                            )   ORDER OF DETENTION AFTER HEARING
                                        )        (18 U.S.C. § 3142(i))
13   Nora Davtyan,                      )
                                        )
14              Defendant.              )
     _____)

15

16                                     I.

17        A. ( ) On motion of the Government involving an alleged

18           1. ( )  crime of violence;

19           2. ( )  offense with maximum sentence of life imprisonment or death;

20           3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

21                   (21 U.S.C. §§ 801,/951, et. seq.,/955a);

22           4. ( )  felony - defendant convicted of two or more prior offenses described above.

23        B. On motion ☒ (by the Government) / ( ) (by the Court sua sponte involving)

24           1. ☒  serious risk defendant will flee;

25           2. ( )  serious risk defendant will

26               a. ( )   obstruct or attempt to obstruct justice;

27               b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

28   ///

                           ENTER ON ICMS

            ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

     CR - 94 (02/94)                                          Page 1 of 3



RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (X) appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. (X) the nature and circumstances of the offense;

B. (X) the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant;

D. (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

_____

_____

_____

_____

_____

_____

B. (X) History and characteristics indicate a serious risk that defendant will flee because:

defendant is present in the United States illegally and has ties to a foreign country.

_____

_____

_____

_____

C. ( ) A serious risk exists that defendant will:

    1. ( )  obstruct  or  attempt  to  obstruct  justice;

1    2. ( )  threaten, injure or intimidate a witness/ juror; because:

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

9         provided in 18 U.S.C. § 3142 (e).

10   IT IS ORDERED that defendant be detained prior to trial.

11   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

12   facility separate from persons awaiting or serving sentences or person held pending appeal.

13   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

14   consultation with his counsel.

15

16

17   Dated: *July 26, 2005*          *Paul Game*

18                                  PAUL GAME, JR.
                                    U.S. Magistrate Judge / District Judge

19

20

21

22

23

24

25

26

27

28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Special Assistant United States Attorney
3  Chief, Criminal Division
                        (SBN: 173897)
4  Assistant United States Attorney
   1200 United States Courthouse
5  312 North Spring Street
   Los Angeles, California  90012
6  Telephone: (213) 894-2400
   Facsimile: (213) 894-0141
7  Attorneys for Plaintiff
   United States of America

8

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      )   No. 05-  1602  M
                                   )
13                                 )   GOVERNMENT'S NOTICE OF REQUEST
                Plaintiff,         )   FOR DETENTION
14                                 )
                                   )
15                v.               )
                                   )
16                                 )
                                   )
17                                 )
                Defendant.         )
18  _____)

19          Plaintiff, United States of America, by and through its

20  counsel of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22  _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23               on the following grounds:

24        _____  a. offense committed while defendant was on release

25               pending (felony trial), (sentencing) (appeal) or

26               on (probation) (parole);

27        _____  b. alien not lawfully admitted for permanent

28               residence;

CR 05-266-02-ESH

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTER ON ICMS

AUG - 1 2005

1      ____ c.  flight risk;

2      ____ d.  danger to community.

3   ✗     2.  <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4            <u>condition or combination of conditions will</u>

5            <u>reasonably assure against</u>:

6     ✗       a.  danger to any other person or the community;

7     ✗   b.  flight.

8   ___    3.  <u>Detention Requested Pending Supervised</u>

9            <u>Release/Probation Revocation Hearing (Rules 32.1,</u>

10           <u>46, § 3143) because defendant cannot establish a</u>

11           <u>condition or combination of conditions that will</u>

12           <u>reasonably assure against</u>:

13   ____ a.  Danger to any other person or the community;

14   ____ b.  Flight.

15   ____   4.  <u>Presumptions Applicable to Pretrial Detention (18</u>

16           <u>U.S.C. § 3142(e))</u>:

17   ____ a.  Title 21 offense with 10-year or greater maximum

18          penalty (presumption of danger to community and

19          flight risk);

20   ____ b.  firearm used or carried during offense (18 U.S.C.

21          § 924(c)) (presumption of danger to community and

22          flight risk);

23   ____ c.  offense involving a minor victim under 18 U.S.C.

24          §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

25          2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1),

26          2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260,

27          2421, 2422, 2423 or 2425 (presumption of danger

28          to community and flight risk);

1      ____ d.  offense under Maritime Drug Law Enforcement Act

2             (46 U.S.C. App. 1901 et seq.) (presumption of

3             danger to community and flight risk);

4      ____ e.  defendant currently charged with (I) crime of

5             violence, (II) offense with maximum sentence of

6             life imprisonment or death,(III) Title 21 offense

7             with ten year or greater maximum sentence, or

8             (IV) state or local offense that would qualify

9             under I, II, or III if federal jurisdiction were

10            present, _and_ defendant was previously convicted

11            of a crime listed in I, II, or III committed

12            while on release pending trial, _and_ the current

13            offense was committed within five years of

14            conviction or release from prison on the above-

15            described previous conviction (presumption of

16            danger to community).

17  ✗  5.  Government is Entitled to Detention Hearing

18         Under § 3142(f) Based on the Following:

19     ____ a.  crime of violence (defined in 18 U.S.C. § 3156);

20     ____ b.  maximum sentence is life imprisonment or death;

21     ____ c.  Title 21 offense with maximum sentence of ten

22         years or more;

23     ____ d.  instant offense is felony and defendant has two

24         or more convictions for a crime set forth in a-c

25         above or for an offense under state or local law

26         that would qualify under a, b, or c if federal

27         jurisdiction were present;

28  ✗  e.  serious risk of flight;

1    _____ f. serious risk of (obstructing justice or

2       attempting to obstruct justice)(threatening,

3       injuring, or intimidating witness or juror, or

4       attempting to do so).

5 _____ 6. Government requests continuance of _____ days for

6    detention hearing based upon the following reason: __

7    _____

8    _____

9    _____

10 _____ 7. Good cause for continuance in excess of three days

11    exists in that:

12    _____

13    _____

14    _____

15    _____

16

17 DATED:         Respectfully submitted,

18   7-26-05     DEBRA WONG YANG

19          United States Attorney

20

21

22        Assistant United States Attorney

23        Attorneys for Plaintiff

24        United States of America

25            8/1/05

26

27        CLERK, U.S. DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA

28

FILED

2005 JUL 26  AM 10: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S.<br>**PLAINTIFF(S)**<br>v.<br>Nora  DAUTYAN<br>**DEFENDANT(S).** | CASE NUMBER<br>**05-1602M**<br>CR 05-266-02-ESH<br><br>**AFFIDAVIT RE**<br>**OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _____ Indictment _____
in the _____ District of Columbia _____ on 07/20/05
at 2:00 ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about 04/2004
in violation of Title 18 U.S.C., Section(s) 1546, 371, 2, 201
to wit: Visa Fraud, Conspiracy, Aid and Abet, Bribery

A warrant for defendant's arrest was issued by: District of Columbia

Bond of $ HWOB _____ was ☐ set / ☑ recommended.

Type of Bond: HWOB

Relevant document(s) on hand (attach):

═══════════════════════════════════════════════

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **JUL 2 6 2005** _____ , by

_____ ROSALIND TYUS-SIMON _____ , Deputy Clerk.

_____        Philippe Furstenberg
Signature of Agent                     Print Name of Agent

US State Dpt - DSS                  Special Agent - DSS
Agency                                 Title

                                       AUG - 1 2005



FILED

2005 JUL 26  AM 10: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**  CR 05 - 266-02- ESH

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 05 - 1602M |
| v. | |
| Nora DAVTYAN | **REPORT COMMENCING CRIMINAL ACTION** |
| DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ___07/25/2005___  ___1400hrs/2:00___ □ AM / ☒ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):

    18 USC 1546/Visa Fraud, 18 USC 371/Conspiracy, 18 USC 2/Aid and Abet, 18 USC 201/Bribery

3.  Offense charged is a: ☒ Felony      □ Minor Offense      □ Petty Offense      □ Other Misdemeanor

4.  U.S. Citizen: □ Yes    ☒ No      □ Unknown

5.  Year of Birth: ___11/25/57___

6.  The defendant is:  ☒ Presently in custody on this charge.
    □ At liberty on bond posted before a Magistrate Judge.
    □ At liberty and warrant is requested.
    □ Federal - In custody on another conviction.
    □ State - In custody awaiting trial on these charges.

    ENTER ON ICMS

    AUG - 1 2005

7.  Place of detention (if out-of-district): ___N/A___

8.  Date detainer placed on defendant: ___N/A___

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: ___Dufy___

11. Remarks (if any): _____

12. Date: ___07/26/05___

13. Signature: _____

14. Name: ___Philippe Furstenberg___

15. Title: ___Special Agent___

2

RECEIVED

AUG 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8/1/05