UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-266-02 (ESH) |
| | : | |
| NORA DAVTYAN | : | |

**O R D E R**

This matter having come before the Court on Defendant Nora Davtyan's Motion To Continue Status Hearing, and having considered the positions of the respective parties, and it appearing that the Defendant has demonstrated good cause for the request for relief, it is, this _____ day of August 2005,

**ORDERED**, that the Defendant's Motion be and is hereby **GRANTED**.

The status hearing this matter will be heard on September _____, 2005, at _____ o'clock.

_____
Ellen Segal Huvelle
United States District Judge