UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
           v.                 :    Criminal No. 05-266-02 (ESH)
                              :
NORA DAVTYAN                  :

**O R D E R**

This matter having come before the Court on Defendant Nora Davtyan's Motion For Recommendation of Designation of Confinement, and having considered the positions of the respective parties, and it appearing that the Defendant has demonstrated good cause for the request for relief, it is, this _____ day of August 2005,

**ORDERED,** that the Defendant's Motion be and is hereby **GRANTED.** It is highly recommended that federal detainee Nora Davtyan be housed at the Correctional Treatment Facility.

```
            _____
                      ALAN KAY
            UNITED STATES MAGISTRATE JUDGE
```