UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :   Criminal No. 05-266-02 (ESH)
                                 :
NORA DAVTYAN                     :

DEFENDANT'S UNCONTESTED MOTION
TO CONTINUE STATUS HEARING

Defendant Nora Davtyan, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12 and Local Criminal Rule 57.2(b) and the Sixth Amendment to the United States Constitution, respectfully moves this honorable Court to continue for one week the status hearing now scheduled for August 30, 2005. In support thereof, counsel states:

1. Undersigned counsel was recently appointed by the Court to represent Ms. Davtyan with respect to an eight-count, three co-defendant criminal prosecution for bribery and visa fraud (related to case 05-43, USA v. Parlej).

2. One codefendant (Natalya Balayan, #01) has not been arrested and co-defendant Gayane Davtyan (#03) appeared for arraignment before Magistrate Judge Kay on August 16, 2005.

3. Counsel has longstanding plans to be out of the jurisdiction during the last week of August and will not return before September 5. Counsel has consulted with Assistant United States Attorney Brenda J. Johnson and the United States does not

oppose the request for rescheduling.  The United States does not object to undersigned counsel's proposed continued date of September 12, 2005.

    4.  Counsel has requested no prior continuances of this matter.  Granting of this continuance will not affect or delay any other deadlines in this case.

    WHEREFORE, for good cause shown, undersigned counsel moves this honorable court to continue the sentencing hearing in this matter to any date after September 6, 2005, and mutually agreeable to the Court and parties.

Respectfully submitted,

_____
CARY CLENNON  #366816
Counsel for Nora Davtyan
Appointed by the Court

P.O. Box 29302
Washington, D.C.  20017
(202) 269-0969


CERTIFICATE  OF  SERVICE

    This is to certify that copies of the foregoing motion and proposed Order have been served by ECF upon filing this seventeenth day of August, 2005.

_____
CARY CLENNON