IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-266-02 (ESH)** |
| | : | |
| **NORA DAVTYAN,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. §3E1.1(b)

The defendant Nora Davtyan has pled guilty to Count One (Conspiracy to Defraud the United States and to Commit Bribery and Visa Fraud, in violation of 18 U.S.C. § 371) of the multi-count indictment against her, admitting her role in a scheme to obtain fraudulently-issued United States visas to persons not qualified to receive them, in exchange for cash bribes. Sentencing is set for December 9, 2005.

As the defendant has clearly demonstrated acceptance of responsibility for her offense, and pursuant to the plea agreement in this case, the government has agreed that her offense level should be reduced by two (2) levels pursuant to U.S.S.G. §3E1.1(a). In addition, the defendant has assisted the government in the prosecution of her misconduct by timely notifying the authorities of her intention to enter a guilty plea, thereby permitting the government to avoid trial preparation and to allocate resources in an efficient manner. Accordingly, the government moves

that the Court further decrease the defendant's offense level by a third level, pursuant to U.S.S.G. §3E1.1(b).

    A proposed Order is submitted herewith.

                                  Respectfully submitted,

                                  KENNETH L. WAINSTEIN
                                  United States Attorney
                                  D.C. Bar Number 451058

By:

                                  /s/
                                LAURA A. INGERSOLL
                                Assistant United States Attorney
                                Connecticut Bar No. 306759
                                202/514-9549
                                laura.ingersoll@usdoj.gov

                                  /s/
                                BRENDA J. JOHNSON
                                Assistant United States Attorney
                                D.C. Bar No. 370737
                                202/353-4154
                                brenda.johnson@usdoj.gov

                                    National Security Section
                                    555 4th Street, N.W. – 11th Floor
                                    Washington, D.C. 20530

December 8, 2005

## CERTIFICATE OF SERVICE

I, Laura A. Ingerosll, hereby certify that a copy of the foregoing was served by fax upon counsel of record for the defendant this 8th day of December, 2005.

/s/
Laura A. Ingersoll
Assistant United States Attorney