IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-266-02 (ESH)** |
| | : | |
| **NORA DAVTYAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon motion of the government, and for good cause shown therein, the Court hereby GRANTS the government's motion to reduce the defendant's United States Sentencing Guidelines offense level by one additional level pursuant to U.S.S.G. §3E1.1(b).

SO ORDERED, this _____ day of December, 2005.

_____
Honorable Ellen S. Huvelle
United States District Judge

Copies to:

AUSA Laura A. Ingersoll
AUSA Brenda J. Johnson
Cary Clennon, Esq.