To Whom It May Concern:

The reason I am writing this letter is to provide you with additional information about my cousin Nora Davtyan. The information I share with you is based on regular communication with her for more than forty years and knowledge of her personality, family, and educational background. I can insure you that she always lived a decent life, was a kind and modest person deeply devoted to her parents and relatives. Even during all the terrible years of poverty and disaster after the collapse of the Soviet Union when people were supposed to make every effort just to survive and behavior norms of people were corrupted, Nora worked hard but did nothing controversial to a decent behavior. She always supported her old and sick parents with all possible help and love.

Nora Davtyan had graduated from the Yerevan Pedagogical Institute, majoring in Early Childhood Education. Although she doesn't have any children of her own, she loves children very much. She has two nephews who had been raised by Nora and she continued to support them all the time.

I was told that she had made a terrible mistake though it is impossible for me to imagine her doing that. Knowing her very well, my only possible explanation is that being raised in the corrupted moral atmosphere of the former Soviet Union Nora was unable to realize completely what she was doing. I beg you to take into consideration her previous decent live as well as the fact that she was the main supporter of their old parents. Please, be merciful to her as much as possible.

I know that Nora is in a strong depression now blaming herself for what she has done and being so far from all her relatives. I would like to ask you to transfer Nora to Los Angeles Correction Facility as soon as possible so her closest relatives might visit her.

Zhanna Ghazanchyan

10.30.05