


With respect to Authorities of the Unites States,

    I beg you with tears in my eyes to help Nora Davtyan by reaching appropriate decision. I, Lubov Khachaturova, am a citizen of the United States of America. I am very sick and barely can get up of my bed. I have a care provider with limited hours. The rest of the time I get assisted by Nora Davtyan. She assists me in everything during the time when a care provider is not around. Nora Davtyan treats my as her mother, stays with me at night with asking for compensation. She is very kind, polite, and honest. I need her very much. There are a very few people like Nora. Despites of her own health problems she helps other people.

    Honorable Judges, I know that people of United States are kind, fair, and help people in needs. I have lived in Russia, Azerbaijan, and Armenia and only in United States I realized what justice is for the first time. I really hope that you will be able to assist us.

    Please transfer to Los Angeles after trial.

October 08, 2005

Lubov Khachaturova

*Translation from Russian into English*

### CERTIFICATE OF ACCURACY

- I, Helen Pechersky, HEREBY CERTIFY THAT I HAVE THE KNOWLEDGE OF THE ENGLISH AND RUSSIAN LANGUAGES, AND THAT I AM COMPETENT TO TRANSLATE TO AND FROM THE ABOVE LANGUAGES. I DECLARE THAT THE ATTACHED TRANSLATION WAS DONE BY ME, AND IS TRUE, ACCURATE, COMPLETE, AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT ATTACHED HERETO.

**HELEN PECHERSKY**, Translator
*Associate Member of American Translators Association*
Date: 10/20/05

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 20th day of October, 20 05.
by Helen Pechersky
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature:




1001 N. Fairfax Avenue, Los Angeles, CA 90046 USA, Tel: (323) 650-2011, Fax: (323) 650-7397