


Your Honor and Prosecutor,

    I am turning to You for help and assistance. I, Angela Khachaturova, a citizen of the United States of America ask you to help Nora Davtyan. She has lived here only for one year but I realized how much I need her. I had bad days and I needed to be surrounded by considerate people, I needed an advice and spiritual assistance. She could not help me financially since she had no money but if she would have any savings she will give it to me. She had debts because she needed money to come to United States. If she has done something wrong it was not because of greed but to come to United States.

    There are a very few people like Nora Davtyan. She is very kind, polite, and even at the difficult time she has desire to help other people. I hope that God and You can help.

    I personally pray to God to help Nora and plea for your assistance. I know that God helps everybody and after him You can. I hope You will understand, and be able to help Nora and me.

    Please transfer to Los Angeles after trial.

October 08, 2005

Angela Khachaturova

*Translation from Russian into English*

## CERTIFICATE OF ACCURACY

- I, Helen Pechersky, HEREBY CERTIFY THAT I HAVE THE KNOWLEDGE OF THE ENGLISH AND RUSSIAN LANGUAGES, AND THAT I AM COMPETENT TO TRANSLATE TO AND FROM THE ABOVE LANGUAGES. I DECLARE THAT THE ATTACHED TRANSLATION WAS DONE BY ME, AND IS TRUE, ACCURATE, COMPLETE, AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT ATTACHED HERETO.

HELEN PECHERSKY, Translator
*Associate Member of American Translators Association*
Date: 10/20/05

State of California, County of *Los Angeles*
Subscribed and sworn to (or affirmed) before me on this 20th day of October, 20 05,
by Helen Pechersky
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

V. PECHERSKY
COMM. #1599233
Notary Public - California
Los Angeles County
My Comm. Expires Sep. 1, 2009



1001 N. Fairfax Avenue, Los Angeles, CA 90046 USA, Tel: (323) 650-2011, Fax: (323) 650-7397