


Dear Authority Representatives,

    I beg you to help Nora Davtyan.

I, Margo Martirosyan, have resided in USA for 10 years and soon become a citizen of the United States of America. I am glad to live in such a great country due to its justice, and I hope that you will apply this justice to Nora.

    I have known her since she was a child. She and her sister, Gaiane Davtyan, were kind and sincere girls, they helped everybody physically and psychologically.

    Nora Davtyan had a dream to live in USA even twenty five years ago but had no ability to realize her dream. When she was offered to pay for an opportunity to come to America she could not resist and tried to accomplish it by any possible means. She could not even imagine the outcome. All she wanted was to pay off her debt and then work hard to support her parents. Her parents are very nice and honest people; they still do not know what happened to Nora. If they will find it out they will not survive this.

    I implore you to help Nora Davtyan not to lose her parents. I rely on your kindness and God's help. Let God help you to do a miracle.

    Please transfer to Los Angeles after trial.

October 08, 2005

*Translation from Russian into English*

## CERTIFICATE OF ACCURACY

- I, Helen Pechersky, HEREBY CERTIFY THAT I HAVE THE KNOWLEDGE OF THE ENGLISH AND RUSSIAN LANGUAGES, AND THAT I AM COMPETENT TO TRANSLATE TO AND FROM THE ABOVE LANGUAGES. I DECLARE THAT THE ATTACHED TRANSLATION WAS DONE BY ME, AND IS TRUE, ACCURATE, COMPLETE, AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT ATTACHED HERETO.

**HELEN PECHERSKY**, Translator
*Associate Member of American Translators Association*
Date: 10/20/05

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 20th day of October, 20 05,
by Helen Pechersky
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: V. Pechersky

V. PECHERSKY
COMM. #1599233
Notary Public - California
Los Angeles County
My Comm. Expires Sep. 1, 2009

1001 N. Fairfax Avenue, Los Angeles, CA 90046 USA, Tel: (323) 650-2011, Fax: (323) 650-7397