To Whom It May Concern:

We are writing this letter in behalf of Nora Davtyan who is related to Inga through her mother's family. Nora is a wonderful person. Her circumstances put her in the awkward position that she is currently in. Unfortunately, she was not familiar with the U.S. government. The Armenian government is corrupt in that it allows people to bribe the government workers to get what they want. Unfortunately, she did not realize that the American government does not allow for this behavior, and when an American official offered her this route, she accepted it as normal for the U.S. as well.

I assure you that Nora will not cause harm to the U.S. citizens or government and understands that what she did was wrong. To our knowledge, she has never participated in unacceptable behavior prior to this incident. We do not believe that she should have participated in this act, but we do believe that, given her prior history of following the laws and regulations that the government provides, she should be given minimal punishment for the crime that she committed. She still has many family commitments as well. She has been a great example to Inga throughout her life through taking care of her family and working hard. She has always had a good job and has supported her family when in need. Whenever Inga spent time with her, she had a good time, yet Inga could see the pain that Nora had in being unable to see her sister for fourteen years. Therefore, when she was presented with the opportunity to see her sister after being rejected so many times for no real reason, she took it. She gave up a good job, a new home, and a serious boyfriend in order to see her sister. After many rejections, she lost hope in ever seeing her sister again who she had been so close to all of her life. Finally, she took the only opportunity that was available; unfortunately it did not follow the laws of this country. Although we know that what Nora did was wrong, I believe that we can all sympathize with her because she had not been able to see her sister for so long.

Although, the circumstances provide for prison time and deportation, please consider allowing her to serve a minimal sentence and then remain in the states if at all possible so that she can be with her sister and provide for her family.

Thank you very much for your help, understanding, and consideration.

Sincerely,

*Inga Hovhannisyan Greene*
*Matthew S. Greene*

Inga Hovhannisyan Greene
Matthew D. Greene, Graduate student of Public Administration, Virginia Commonwealth University, L. Douglas Wilder School of Government and Public Affairs
E-mail: greenemd@vcu.edu
Phone: 804-878-8516