4486 South Blvd, NW, apt.4
Canton, OH 44718

Dear Sir or Madam,

My name is Karina Ghazanchyan, 5 years ago me and my family arrived to US from Armenia. Currently we live in Canton Ohio, where my husband is working in Kent State University as an Assistant Professor of Mathematics.

The purpose of my letter is to explain to you a little bit more what a generous and kind person is Nora. I am sure many of people also write letters to support Nora, so me and my family have a great desire to do so.

Nora Davtyan is my cousin, I could say the closest cousin I've ever had, we have a lot in common. I've known Nora whole my life, though we were apart last five years, since my family moved to US, we always have been in close contact with Nora and her family. For all those years (over 40 years) I never notice anything bad that she could do, never heard anything that could compromise her as a bad person, or anything she could be involved in. She has always been a huge help and support for her old and sick parents, who don't know yet what an awful thing happened to her and her sister Gayane. Nobody from our relatives have courage to tell them about that, because this horrible news will kill both of them.

Nora and I always have been very close, her friends were also my friends, who would had a great pleasure to see her among their friends, who love her for her kindness, for being very hard worker and being so supportive for everybody who needs her help. Just imagine what a shock for all of them now to find out what is going on in her life at this moment. All our relatives who live in US now, my sister's family in Michigan, my uncle's family in Los Angeles, all our friends, we all are in shock and don't want to believe that it's happened to Nora. These two sisters, Gayane and Nora, has been apart for 14 years, and I am sure it was very hard for them to stay apart that long and that was the reason why Nora did this awful thing, though this is not an excuse.

My family and I are asking you for mercy for Nora, we pray for Nora and Gayane and we pray for each of you to forgive what she has done, we ask God to give you strength and wisdom and understanding.

May God guide and help you in your decision.

Sincerely,

Karina Ghazanchyan