My name is Lilit A. Conelly. I am Nora Davtyan's cousin. Through this letter I would like to say a few things about Nora.

Truth said, I was surprised to hear that she took that great of a risk in breaking the law. I would have never expected that from her because she has always been a very careful person. We are very close to each other and have also helped each other. At that time she was living in Yerevan and we, my family and I, lived in a village that about 45 minutes away. She would always visit and help us in our time of need, especially me in my personal life when I was under a lot of stress and life was hard for me. It was through her help that I am happy now. I have a wonderful husband and a baby girl on the way. I have always been thankful to Nora for being a great woman.

She graduated college and worked in a lot of different places. Nora has always earned her money honestly and that is why I am so surprised to hear about what she has done. I know that she has broken the law and I can't say for sure why she did but if she did it was because she was in dire need of money to live.

She has very wonderful parents who still live in Armenia, Rosa and Artush. They are very sick. This whole time while living in America, her and her sister have been supporting their parents because they are very sick. I don't know what will happen to them if they find out about all of this.

I am very worried about her that is why I am writing you this letter to ask for your charity and forgiveness for this wonderful woman. I love her a lot and I was always waiting for her to do the right things in life.

Nora is taking this all very hard. She knows what she has done is wrong. I know that God has forgiven her for this mistake and I have hope that your hearts are open to her and what she has gone through. I ask you to give her a chance because I know that she will not do this or anything else to break the law again.

Thank you for your time and for reading my letter.

Sincerely,

Lilit A. Conelly