
RECEIVED DEC 05 2005

Friday, October 28, 2005

### RE: NORA DAVTYAN

To whom it may concern:

My name is Helbert Mkhitaryan. I am writing this letter to you on behave of me and my wife Sofya Simonyan in regards to **Nora Davtyan**. She is an inmate in your correction facility. Nora Davtyan is my niece. I have known her since the day she was born. She had a happy childhood and a fruitful life. All her life she has done good deeds for everyone around her. I can go on forever about Nora's kind nature and positive humanity.

Herewith, I am asking you humbly to treat her matter with delicacy and gentleness. As is, she is undergoing a lot of pressure, because of her naiveness and blind trust in people. The urge to help needy people around her, the lack of knowledge about the particular affair she is being put on the stand to answer for, and also her insufficiency of English language put her through such an harsh experience, that she did not know existed on the face of this earth.

She is also suffering from continuous asthma attacks. She had been receiving treatments for her illness.

Considering all above indicated points about my niece, my main request to you is to move her trial to California. Here, at lease, she will know that moral support of her relatives and friends that love and respect her so much, is closer to her then over there.

Thank you in advance

Sincerely,

Helbert Mkhitaryan
Sofya Simonyan