**HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-266-02</u> |
| | : | |
| vs. | : | SSN: <u>None</u> |
| | : | |
| DAVTYAN, Nora | : | Disclosure Date: <u>October 28, 2005</u> |

**FILED**

DEC 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF</u>
<u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)

(X)   There are no material/factual inaccuracies therein. _except gender is incorrectly stated as male_
(  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      11/14/05
Prosecuting Attorney              Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)

(  )   There are no material/factual inaccuracies therein.
(  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant              Date         Defense Counsel         Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 11, 2005</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-266-02</u> |
| vs. | : | SSN: <u>None</u> |
| DAVTYAN, Nora | : | Disclosure Date: <u>October 28, 2005</u> |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

[X] There are no material/factual inaccuracies therein. *except gender is incorrectly stated as male —*
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          11/14/05
Prosecuting Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant                    Date             Defense Counsel         Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 11, 2005</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Kathie McGillis<br>U.S. Probation Office | From: | Laura A. Ingersoll<br>Assistant United States Attorney<br>National Security Section |
| Fax: | 273-0242 | Phone: | 202/514-9549    Fax: 202/307-6059 |
| Date: | November 15, 2005 | | |
| Re: | <u>United States v. Nora Davtyan</u>, Criminal No. 05-266:   Receipt/Acknowledgment of PSIR | | |
| Page(s): | 2   including cover | | |

COMMENTS:


cc:   Cary Clennon, Counsel for Nora Davtyan
      fax/voice: 269-6969

**U.S. ATTORNEY FACSIMILE COMMUNICATION**